IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS,<br><br>    Plaintiff,<br><br>    vs.<br><br>A.K. SCRIBNER, et al.,<br><br>    Defendants.<br>_____/ | 1: 04 CV-F 5953 AWI DLB P<br><br>ORDER REQUIRING PLAINTIFF<br>TO FURNISH MORE INFORMATION<br>FOR INITIATION OF SERVICE OF PROCESS |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on plaintiff's amended complaint, filed December 22, 2004, against defendants A. Diaz, E. Lawton, G. Tracy, D. Beebe, T. Traay, D. Bailey, T. Bryant, D. Case, M. Botello and Dr. Dang.  Because plaintiff is proceeding in forma pauperis, the court must appoint the United States Marshal to serve each defendant with a summons and complaint. Fed. R. Civ. Pro. 4(c)(2).  On May 31, 2005, the Marshal returned the service documents regarding defendants Traay and Bryant, indicating that these defendants could not be located.

    Within thirty days from the date of service of this order, plaintiff shall provide the court with further information to assist the Marshal in serving defendants.  The Litigation Coordinator indicates that there are no employees by the name of "Sgt. T. Traay" or "T. Bryant" at CSP Corcoran.  If plaintiff can remember any other details that might assist the court and the Marshal, plaintiff shall so inform the court.

1

1   Based on the foregoing, it is HEREBY ORDERED that within thirty (30) days from the date of
2   service of this order, plaintiff shall provide the court with any and all information he has that might help
3   the Marshal identify and serve defendants T. Traay and T. Bryant

4   IT IS SO ORDERED.

5   **Dated:    June 3, 2005**              **/s/ Dennis L. Beck**
    3b142a                          UNITED STATES MAGISTRATE JUDGE