UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | 1:04-cv-05953-AWI-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 13) |
| vs. | |
| A.K. SCRIBNER, et al., | **ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** (Doc. 4) |
| Defendants. | |

Plaintiff, Donald Glass ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On November 8, 2004, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On December 7, 2004 and March 4, 2005, respectively, plaintiff filed a motion to extend time.  On February 1, 2005 and March 28, 2005, respectively, the court granted plaintiff an additional thirty (30) days within which to respond.  On April 11, 2005, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

1

1    In accordance with the provisions of 28 U.S.C. §636(b)(1)(C)
2 and Local Rule 73-305, this Court has conducted a de novo review
3 of this case.  Having carefully reviewed the entire file, the
4 Court finds the Findings and Recommendations to be supported by
5 the record and by proper analysis.  A federal court may issue an
6 injunction if it has personal jurisdiction over the parties and
7 subject matter jurisdiction over the claim. Zepeda v. United
8 States I.N.S., 753 F.2d 719 (9th Cir.1983).  In his motion,
9 Plaintiff has asked the court to order him transferred to another
10 institution.  The first amended complaint, on which this action
11 is proceeding, concerns allegations that Defendants' violated
12 Plaintiffs' Eighth Amendment and First Amendment Rights.  While
13 Plaintiff requests a transfer to avoid Defendants, the underlying
14 action does not concern Plaintiff's transfer.  Neither the CDC
15 nor prison officials responsible for transferring prisoners are
16 named as Defendants.  The court is unable to issue any order
17 against individuals who are not parties to the suit pending
18 before it.  Zenith Radio Corp. v. Hazeltine Research, Inc., 395
19 U.S. 100 (1969).

20    Accordingly, IT IS HEREBY ORDERED that:

21    1.   The Findings and Recommendations, filed November 8,
22 2004, are ADOPTED IN FULL; and,

23    2.   Plaintiff's motion for preliminary injunctive relief,
24 filed July 12, 2004, is DENIED.

25 IT IS SO ORDERED.

26 **Dated:    June 15, 2005              /s/ Anthony W. Ishii**
   0m8i78                         UNITED STATES DISTRICT JUDGE

2