UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD GLASS, | ) | 1:04-CV-05953-AWI-DLB-P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSIVE |
| v. | ) ) | PLEADING (DOCUMENTS #30 & #33) |
| A. K. SCRIBNER, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 22, 2005, defendants Lawton, Tracy, Bailey, Case, Botello, and Dang, M.D. fild a motion to extend time to file a responsive pleading to plaintiff's complaint. On June 27, 2005, defendant Diaz also filed a motion to extend time to file a responsive pleading. On July 27, 2005, defendants Diaz, Lawton, Tracy, Bailey, Case, Botello, and Dang filed an answer to plaintiff's amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that defendants' motions to extend time are GRANTED nunc pro tunc to Ju ne 27, 2005.

IT IS SO ORDERED.

Dated: August 17, 2005              /s/ Dennis L. Beck
3c0hj8                              UNITED STATES MAGISTRATE JUDGE