1 | BILL LOCKYER
Attorney General of the State of California
2 | JAMES M. HUMES
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | DAVID A. CARRASCO
Supervising Deputy Attorney General
5 | BARBARA A. MORRIS (SBN 137680)
Deputy Attorney General
6 |  1300 I Street, Suite 125
 P.O. Box 944255
7 |  Sacramento, CA 94244-2550
 Telephone: (916) 322-3870
8 |  Fax: (916) 324-5205

9 | Attorneys for Defendants Bailey, Beebe,
Botello, Case, Dang, Diaz, Lawton and Tracy
10 | SA2005300168

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DONALD GLASS,** | CASE NO. 1:04-cv-5953-AWI-DLB-PC |
| Plaintiff, | **ORDER GRANTING DEFENDANTS EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET 1** |
| v. | |
| **A. K. SCRIBNER, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING**, Defendants' request for an extension of time in which to respond to Plaintiff's Request for Production of Documents, Set 1, is granted. Defendants have up to and including April 5, 2006, in which to serve their responses.

IT IS SO ORDERED.

Dated:   **March 7, 2006**          /s/ Dennis L. Beck
3c0hj8                              UNITED STATES MAGISTRATE JUDGE