IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DONALD GLASS,**<br><br>                Plaintiff,<br><br>    v.<br><br>**A. K. SCRIBNER, et al.,**<br><br>               Defendants. | CASE NO. 1:04-cv-05953-AWI-DLB (PC)<br><br>**ORDER GRANTING EXTENSION OF TIME** |

     **GOOD CAUSE APPEARING**, Defendants' request for an extension of time in which to file a motion for summary judgment is granted.  Defendants have until Friday, August 11, 2006, in which to file their motion for summary judgment.

     IT IS SO ORDERED.

     **Dated:     July 11, 2006**                     **/s/ Dennis L. Beck**
3c0hj8                                                                  UNITED STATES MAGISTRATE JUDGE