IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DONALD GLASS,** | Case No. 1:04-cv-05953-AWI-DLB (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS A SECOND EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **A.K. SCRIBNER, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING**, Defendants' second request for an extension of time in which to file a motion for summary judgment is granted. Defendants have until Monday, September 11, 2006, in which to file their motion for summary judgment.

IT IS SO ORDERED.

   **Dated:    August 14, 2006**               /s/ Dennis L. Beck
3c0hj8                                     UNITED STATES MAGISTRATE JUDGE

[*Proposed*] *Order Granting Defendants a Second Extension of Time to File a Motion for Summary Judgment*
1