UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD GLASS, | ) | 1:04-CV-05953-AWI-DLB-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S MOTIONS TO EXTEND DISCOVERY |
| | ) | [Documents #57, #73, #74] |
| v. | ) | |
| | ) | ORDER EXTENDING DEADLINES SET BY DISCOVERY/SCHEDULING ORDER OF SEPTEMBER 2, 2005, FOR ALL PARTIES |
| A. K. SCRIBNER, et al., | ) | |
| | ) | [Document #50] |
| Defendants. | ) | |
| | ) | New Discovery Cut-Off Date -    10-27-2006 |
| | ) | New Deadline to Amend Pleadings - 11-27-2006 |
| | ) | New Dispositive Motion Deadline -  12-27-2006 |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 27, 2006, plaintiff filed a motion for an extension of time to conduct discovery. On August 15, 2006, and again on August 24, 2006, plaintiff filed additional motions for an extension of time to conduct discovery. The current deadline for discovery is May 1, 2006, which was established by the court's Discovery/Scheduling Order of September 2, 2005. Good cause having been presented to the court, plaintiff's motions shall be granted, and the discovery deadline shall be extended for all parties to this action.

In addition to extending the discovery deadline, the court shall extend the deadline to amend pleadings and the dispositive motion deadline, which were established by the court'sDiscovery/Scheduling Order of September 2, 2005, and the court's order of August 16, 2006.[1]

---

[1] The court's order of August 16, 2006, extended defendants' deadline -- but not plaintiff's deadline -- for filing a motion for summary judgment until September 11, 2006. The present order extends this deadline for all parties to November 27, 2006.

1

1 | To this end, IT IS HEREBY ORDERED that the deadlines set by the court's Discovery/Scheduling
2 | Order filed on September 2, 2005, are extended as follows, for all parties to this action:
3 |     1.      All discovery, including motions to compel, formerly to be completed by
4 |          May 1, 2006, shall be completed by **October 27, 2006;**
5 |     2.      The deadline for amending the pleadings, formerly June 1, 2006, shall be
6 |          **November 27, 2006**; and
7 |     3.      The deadline for serving and filing pre-trial dispositive motions, formerly
8 |          July 5, 2006, shall be **December 27, 2006**.
9 |     IT IS SO ORDERED.
10 |     **Dated:**    **August 28, 2006**            **/s/ Dennis L. Beck**
   3c0hj8                                                    UNITED STATES MAGISTRATE JUDGE