IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DONALD GLASS,** | No. 1:04-cv-05953-AWI-DLB (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL** |
| v. | |
| **A. K. SCRIBNER, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING**, Defendants' request for an extension of time in which to file an opposition to Plaintiff's motion to compel is granted. Defendants have until Friday, November 17, 2006, in which to file their motion for summary judgment.

SA2005300168
04pc5153.ext.glass.dm.wpd

IT IS SO ORDERED.

Dated:  **November 13, 2006**          /s/ **Dennis L. Beck**
3c0hj8                                             UNITED STATES MAGISTRATE JUDGE

*[Proposed] Order Granting Defendants Extension of Time*
*to File Opposition to Plaintiff's Motion to Compel*

1