| | |
|---|---|
| DONALD GLASS,<br><br>              Plaintiff,<br><br>      v.<br><br>A. K. SCRIBNER, et al.,<br><br>              Defendants. | 1:04-cv-05953-AWI-DLB (PC)<br><br>**ORDER GRANTING DEFENDANTS AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR SUBPOENA DUCES TECUM** |

**GOOD CAUSE APPEARING**, Defendants are granted a two-week extension of time in which to file an opposition to Plaintiff's motion for subpoena duces tecum.

04pc5953.ext.glass.dm.wpd

SA200530016s

IT IS SO ORDERED.

      Dated:   **November 20, 2006**                    **/s/ Dennis L. Beck**
3c0hj8                                            UNITED STATES MAGISTRATE JUDGE