UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD GLASS, | ) | 1:04-CV-05953-AWI-DLB-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF |
| | ) | TIME TO FILE RESPONSE TO MOTION |
| v. | ) | FOR SUMMARY JUDGMENT |
| | ) | |
| A. K. SCRIBNER, et al., | ) | (Docs. 96, 98) |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 15, 2007, plaintiff filed a motion for an extension of time to file a response to defendants' motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file a response to defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated:  **March 7, 2007**              **/s/ Dennis L. Beck**
3c0hj8                                 UNITED STATES MAGISTRATE JUDGE