UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS,<br><br>  Plaintiff,<br><br>  v.<br><br>A. K. SCRIBNER, et al.,<br><br>  Defendants. | 1:04-CV-05953-AWI-DLB-P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT PENDING COURT'S RESOLUTION OF PLAINTIFF'S MOTIONS TO COMPEL |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 15, 2007, plaintiff filed a motion for continuance of defendants' motion for summary judgment which the court incorrectly construed as a request for extension of time to file a response to defendants' motion for summary judgment. The Court granted plaintiff's request on March 7, 2007. On March 22, 2007, the Court received notice from plaintiff that his February 15, 2007 request was a request pursuant to Federal Rule of Civil Procedure 56(f) to continue the motion for summary judgment pending the Court's ruling on his prior motions to compel discovery.

Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that, plaintiff's motion filed February 15, 2007 is HEREBY GRANTED. Plaintiff is relieved of his obligation to file opposition to defendants' motion for summary judgment until further order of this Court. The Court will rule on plaintiff's pending motions for discovery and after the discovery issues are resolved, issue an order advising plaintiff of a date by which his opposition to

1 the motion for summary judgment is due.

2     IT IS SO ORDERED.

3     Dated:   **March 22, 2007**                    /s/ **Dennis L. Beck**
3c0hj8                                             UNITED STATES MAGISTRATE JUDGE