IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DONALD GLASS,**<br><br>                              Plaintiff,<br><br>v.<br><br>**A. DIAZ, et al.,**<br><br>                              Defendants. | 1:04-cv-05953-AWI-DLB (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO SERVE AMENDED RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS** |

The Court, having considered Defendant's request for an extension of time to file serve an amended response to Plaintiff's request for production No. 1, or a declaration that no documents responsive to the request could be located, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendant shall be granted an extension of time, of ten days, to and including August 27, 2007, to serve their amended response to Plaintiff's request for production of documents, or to provide the Court with a declaration the no documents responsive to the request could be located.

IT IS SO ORDERED.

Dated:   **August 15, 2007**                    **/s/ Dennis L. Beck**
                                                                  UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1