1

2

3

4

5

6

7             IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9

10   DONALD GLASS,                          1:04-cv-05953 AWI DLB (PC)

11          Plaintiff,                      ORDER GRANTING MOTION
                                            TO EXTEND TIME TO FILE RESPONSE
12      vs.                                 TO SUMMARY JUDGMENT

13   BAILEY et al.,                         (Docs. #124, 125 and 127)

14          Defendants.                     FIFTEEN (15) DAY DEADLINE

15   _____/

16          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

17   On March 18, May 27 and August 29, 2008,  plaintiff filed motions to extend time to file a

18   response to defendants' motion for summary judgment.  In plaintiff's latest motion, plaintiff states

19   that he was recently transferred to Kern Valley State Prison, and requests an additional fifteen days

20   to file his opposition. (Doc. 127).

21          Good cause having been presented to the court and GOOD CAUSE APPEARING

22   THEREFOR, IT IS HEREBY ORDERED that:

23          Plaintiff is granted fifteen (15) days from the date of service of this order in which to file

24   his response to defendants' motion for summary judgment.

25       IT IS SO ORDERED.

26   Dated:   **September 9, 2008**            _____ **/s/ Dennis L. Beck**_____
                                            UNITED STATES MAGISTRATE JUDGE
27

28