# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS,<br><br>           Plaintiff,<br><br>    v.<br><br>D. BAILEY, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:04-CV-05953-AWI DLB-P<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF ACTION FOR PLAINTIFF'S FAILURE TO PROSECUTE<br><br>(Doc. 130)<br><br>OBJECTIONS, IF ANY, DUE IN 20 DAYS |

Plaintiff Donald Glass ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 12, 2004. On December 27, 2006, defendants filed a motion for summary judgment. (Doc. 94). On January 30, 2008, this Court ordered, *inter alia,* that plaintiff respond to defendants' motion within 45 days. (Doc. 118). Plaintiff appealed to the Ninth Circuit and on April 18, 2008, plaintiff's appeal was dismissed for lack of jurisdiction. (Docs. 120, 128). Plaintiff was then granted a fifteen day extension of time to file his response to defendants' motion for summary judgment. (Doc. 130). Over fifteen days have passed and plaintiff has still not responded to defendants' motion for summary judgment.

In determining whether to dismiss an action for lack of prosecution, the court must consider several factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions. Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir. 1986); Carey v. King, 856 F.2d 1439 (9th Cir. 1988). The

court finds that the public's interest in expeditiously resolving this litigation and the court's interest in managing the docket weigh in favor of dismissal. The court cannot hold this case in abeyance indefinitely. The third factor, risk of prejudice to defendants, also weighs in favor of dismissal, since a presumption of injury arises from the occurrence of unreasonable delay in prosecuting an action. Anderson v. Air West, 542 F.2d 522, 524 (9th Cir. 1976). The fourth factor -- public policy favoring disposition of cases on their merits -- is greatly outweighed by the factors in favor of dismissal discussed herein.

Accordingly, the court HEREBY RECOMMENDS that this action be dismissed, with prejudice, based on plaintiff's failure to prosecute.

This Findings and Recommendations is submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **twenty (20) days** after being served with this Findings and Recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **October 22, 2008**                    **/s/ Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE