1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  DONALD GLASS,                                    CASE NO. 1:04-CV-05953-AWI DLB-P

10                          Plaintiff,              ORDER VACATING FINDINGS AND
                                                    RECOMMENDATIONS
11       v.
                                                    (Doc. 135)
12  D. BAILEY, et al.,

13                          Defendants.
                                                /
14

15          On October 22, 2008, this Court issued Findings and Recommendations recommending that

16  this action be dismissed for plaintiff's failure to prosecute.  Upon review, plaintiff in fact filed an

17  opposition to defendants' motion for summary judgment on October 2, 2008.  (Doc. 133).

18          Accordingly, the Court's Findings and Recommendations are HEREBY VACATED.

19       IT IS SO ORDERED.

20  **Dated:    October 22, 2008**                  **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28