IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DONALD GLASS,** | 1:04-cv-05953-AWI-DLB (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **A.K. SCRIBNER, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' motion for an extension of time to file a reply to Plaintiff's opposition to Defendants' motion for summary judgment, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants are granted an extension of time of thirty days, to and including December 3, 2008, to complete and file their reply.

IT IS SO ORDERED.

Dated:   November 4, 2008          /s/ Dennis L. Beck
                                                          UNITED STATES MAGISTRATE JUDGE

1