IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DONALD GLASS,**<br><br>                              Plaintiff,<br><br>   v.<br><br>**A.K. SCRIBNER, et al.,**<br><br>                              Defendants. | 1:04-cv-05953-AWI-DLB (PC)<br><br>**ORDER GRANTING SECOND MOTION TO EXTEND TIME**<br><br>(Doc. 139) |

The Court, having considered Defendants' motion for a second extension of time to file a reply to Plaintiff's opposition to Defendants' motion for summary judgment and opposition to Plaintiff's cross-motion for summary judgment, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants are granted an extension of time of thirty days, to and including January 2, 2009, to complete and file their reply, and opposition.

IT IS SO ORDERED.

Dated: **December 5, 2008**          **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE

1