1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11    DONALD GLASS,                               1:04-CV-05953-AWI-DLB-P

12              Plaintiff,                        ORDER RE DEFENDANTS' MOTION
                                                  FOR SUMMARY JUDGMENT
13
          v.
14

15    A. K. SCRIBNER, et al.,

16
                 Defendants.
17    _____/

18

19          Plaintiff Donald Glass ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action

20    pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendants' motion for summary judgment,

21    filed December 27, 2006. (Doc. 94).

22          One allegation upon which this action proceeds is a claim of excessive force during an incident

23    occurring April 17, 2002.  Defendants have referred to a videotape of the purported April 17, 2002

24    incident in their Memorandum of Points and Authorities. (See for example, Doc. 94, Motion for

25    Summary Judgment, p.13:1-11).

26          It does not appear that a copy of the videotape has been filed with the Court; upon cursory review

27    the declarations filed by defendants in support of their motion do not attach nor authenticate a copy of

28    the videotape as an exhibit.

1    Accordingly, within twenty (20) days of service of this order, Defendants are to serve and file

2  a supplement to their motion, to include an authenticated copy of the videotape of the April 17, 2002

3  incident.  In the alternative, Defendants may serve and file notification that they elect to proceed with

4  their motion without the videotape.

5    Plaintiff shall be provided with an opportunity to file a supplemental opposition in the event that

6  defendants choose to file the videotape.

7      IT IS SO ORDERED.

8    **Dated:    February 3, 2009**                    **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28