# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | 1:04-cv-05953-AWI-DLB-PC |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE (Doc. 151.) |
| vs. | |
| A. K. SCRIBNER, et al., | ORDER VACATING MOTION FOR SUMMARY JUDGMENT FROM COURT'S CALENDAR (Doc. 94.) |
| Defendants. | |

Plaintiff Donald Glass ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Defendants Bailey, Beebe, Botello, Bryant, Case, Dang, Diaz, Kraay, Lawton and Tracy ("defendants") filed a motion for summary judgment on December 27, 2006. (Doc. 94.)   In reviewing defendants' motion for summary judgment, defendants have referred to a videotape of the purported April 17, 2002 incident that has not been filed with the Court. On February 4, 2009, this Court issued an order requiring defendants to either serve and file a supplement to their motion to include an authenticated copy of the videotape, or serve and file an election to proceed with their motion without the videotape. Defendants were ordered to file a response within twenty (20) days.

///

///

///

On February 27, 2009, defendants filed an ex-parte request for a thirty day extension of time to respond to the Court's order.[1]  (Doc. 151).

Good cause appearing, a thirty-day extension shall be granted, and the motion for summary judgment shall be vacated from the Court's calendar until the motion is ripe for resolution.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for extension of time is granted;

2. Within thirty days from the date of service of this order, Defendants shall file a response to the Court's February 4, 2009 order; and

3. In light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, defendants' motion for summary judgment is HEREBY DEEMED VACATED from the Court's calendar until such time as the motion is ripe for resolution.

IT IS SO ORDERED.

**Dated:   March 2, 2009**          /s/ Anthony W. Ishii
                              CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court deems defendants' request timely.