1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8  | DONALD GLASS,                          CASE NO. 1:04-CV-05953-AWI-DLB PC

9  |            Plaintiff,                  ORDER PROVIDING TRAVEL EXPENSE
                                           FOR PLAINTIFF'S PROPOSED
10 |    v.                                 UNINCARCERATED WITNESSES

11 | A. K. SCRIBNER, et al.,               (DOCS. 178, 179, 180)

12 |            Defendants.                RESPONSE DUE WITHIN 10 DAYS

13 | _____/

14

15      Plaintiff Donald Glass ("Plaintiff") is a prisoner in the custody of the California

16  Department of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding pro se in this

17  civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on Plaintiff's

18  amended complaint against Defendants Bailey, Beebe, Botello, Bryant, Case, Diaz, Kraay,

19  Lawton, and Dang.

20      Pursuant to the Court's Second Scheduling Order, Plaintiff was required to notify the

21  Court of the names and location of each unincarcerated witness he intends to call at trial.  The

22  Court would then inform the Plaintiff of the travel expense for each witnesses and require

23  Plaintiff to submit a money order, made payable to the witness.  The appropriate amount is a

24  daily fee of $40.00 plus travel expenses.  28 U.S.C. § 1821.  Plaintiff is required to submit these

25  money orders prior to the issuance of any subpoena.  Because trial is set for November 30, 2010,

26  the Court will require Plaintiff to submit money orders within ten days from the date of service of

27  this order in order for the United States Marshal to serve these subpoenas.

28  ///

1

## I.     <u>Witness G. Tracy</u>

Plaintiff wishes to call lieutenant G. Tracy as a witness. Plaintiff lists the location of lieutenant G. Tracy as Corcoran State Prison.  The  round trip mileage from Corcoran to Fresno is 105.8 miles.  The mileage rate is $.50 per mile.  The total mileage fee is $52.90.  Accordingly, for witness G. Tracy, Plaintiff must submit a further money order made payable to the witness in the amount of **$92.90**.

## II.     <u>Witness A. K. Scribner</u>

Plaintiff wishes to call former warden A. K. Scribner as a witness.  Plaintiff lists the location of A. K. Scribner as Corcoran State Prison, though Plaintiff acknowledges that warden Scribner is retired and thus is no longer employed at Corcoran State Prison.  The  round trip mileage from Corcoran to Fresno is 105.8 miles.  The mileage rate is $.50 per mile.  The total mileage fee is $52.90.  Accordingly, for witness A. K. Scribner, Plaintiff must submit a further money order made payable to the witness in the amount of **$92.90**.

## III.     <u>Witness S. Raman</u>

Plaintiff wishes to call medical doctor S. Raman as a witness.  Plaintiff lists the location of S. Raman as Corcoran State Prison.  The  round trip mileage from Corcoran to Fresno is 105.8 miles.  The mileage rate is $.50 per mile.  The total mileage fee is $52.90.  Accordingly, for witness S. Raman, Plaintiff must submit a further money order made payable to the witness in the amount of **$92.90**.

IT IS SO ORDERED.

**Dated:    October 13, 2010**                             _____ **/s/ Dennis L. Beck**_____
                                                                             UNITED STATES MAGISTRATE JUDGE