# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | CASE NO. 1:04-CV-05953-LJO-DLB PC |
| Plaintiff, | ORDER DIRECTING SERVICE OF SUBPOENA ON WITNESS **S. RAMAN** BY THE UNITED STATE MARSHAL WITHOUT PREPAYMENT OF COSTS |
| v. | |
| D. BAILEY, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff is proceeding pro se in this civil rights action. Plaintiff has submitted the required money orders made payable to the witness **S. Raman** being commanded to appear at trial. The Court will use the address provided by Plaintiff. Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

   (1) One completed and issued subpoena to be served on **S. Raman**;

   (2) One completed USM-285 form;

   (3) One money order # 18205727027 in the amount of $92.90, made payable to **S. Raman;** and

   (4) One copy of this order for **S. Raman**, plus an extra copy for the Marshal.

1

2. Within **TEN** days from the date of this order, the United States Marshal is directed to serve the subpoena and money order on **S. Raman** in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3. The U.S. Marshal is directed to retain the subpoena in their file for future use.

4. The United States Marshal shall personally serve process and a copy of this order upon **S. Raman** pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections and Rehabilitation (CDCR) to execute this order. The United States Marshal shall maintain the confidentiality of all information provided by the CDCR pursuant to this order.

5. Within ten days after personal service is effected, the United States Marshal shall file the return of service.

IT IS SO ORDERED.

Dated:   **October 27, 2010**                    /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE