1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

9  DONALD GLASS,                                    CASE NO. 1:04-CV-05953-LJO-DLB PC

10                          Plaintiff,             ORDER DIRECTING SERVICE OF
                                                   SUBPOENA ON WITNESS **A. K.**
11          v.                                     **SCRIBNER** BY THE UNITED STATE
                                                   MARSHAL WITHOUT PREPAYMENT OF
12  D. BAILEY, et al.,                             COSTS

13                          Defendants.

14  _____ /

15

16        Plaintiff is proceeding pro se in this civil rights action. Plaintiff has submitted the

17  required money orders made payable to the witness **A. K. Scribner** being commanded to appear

18  at trial.  The Court will use the address provided by Plaintiff.  Accordingly, IT IS HEREBY

19  ORDERED that:

20        1.      The Clerk of the Court is directed to forward the following documents to the

21  United States Marshal:

22                  (1)     One completed and issued subpoena to be served on **A. K.**

23                          **Scribner**;

24                  (2)     One completed USM-285 form;

25                  (3)     One money order #18205727016 in the amount of $92.90, made

26                          payable to **A. K. Scribner;** and

27                  (4)     One copy of this order for **A. K. Scribner**, plus an extra copy for

28                          the Marshal.

1

2.     Within **TEN** days from the date of this order, the United States Marshal is directed to serve the subpoena and money order on **A. K. Scribner** in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3.     The U.S. Marshal is directed to retain the subpoena in their file for future use.

4.     The United States Marshal shall personally serve process and a copy of this order upon **A. K. Scribner** pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections and Rehabilitation (CDCR) to execute this order.  The United States Marshal shall maintain the confidentiality of all information provided by the CDCR pursuant to this order.

5.     Within ten days after personal service is effected, the United States Marshal shall file the return of service.

IT IS SO ORDERED.

**Dated:**   **October 27, 2010**                 /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE