1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10   DONALD GLASS,                                    CASE NO. 1:04-CV-05953-LJO-DLB PC

11                          Plaintiff,          ORDER DIRECTING SERVICE OF
                                               SUBPOENA ON WITNESS **G. TRACY** BY
12          v.                                 THE UNITED STATE MARSHAL
                                               WITHOUT PREPAYMENT OF COSTS
13   D. BAILEY, et al.,

14                          Defendants.

15   _____/

16

17          Plaintiff is proceeding pro se in this civil rights action. Plaintiff has submitted the

18   required money orders made payable to the witness **G. Tracy** being commanded to appear at

19   trial.  The Court will use the address provided by Plaintiff.  Accordingly, IT IS HEREBY

20   ORDERED that:

21          1.      The Clerk of the Court is directed to forward the following documents to the

22                  United States Marshal:

23                          (1)     One completed and issued subpoena to be served on **G. Tracy**;

24                          (2)     One completed USM-285 form;

25                          (3)     One money order # 18205727005 in the amount of $92.90, made

26                                  payable to **G. Tracy; and**

27                          (4)     One copy of this order for **G. Tracy**, plus an extra copy for the

28                                  Marshal.

                                              1

2.    Within **TEN** days from the date of this order, the United States Marshal is directed to serve the subpoena and money order on **G. Tracy** in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3.    The U.S. Marshal is directed to retain the subpoena in their file for future use.

4.    The United States Marshal shall personally serve process and a copy of this order upon **G. Tracy** pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections and Rehabilitation (CDCR) to execute this order.  The United States Marshal shall maintain the confidentiality of all information provided by the CDC pursuant to this order.

5.    Within ten days after personal service is effected, the United States Marshal shall file the return of service.

IT IS SO ORDERED.

**Dated:    October 27, 2010           /s/ Dennis L. Beck          **
UNITED STATES MAGISTRATE JUDGE