# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS,<br><br>                    Plaintiff,<br><br>     v.<br><br>D. BAILEY, et al.,<br><br>                    Defendants.<br>_____ / | CASE NO. 1:04-CV-05953-LJO-DLB PC<br><br>ORDER SETTING TELEPHONIC TRIAL CONFIRMATION HEARING<br><br>Telephonic Trial Confirmation Hearing:<br><br>**November 4, 2010 at 8:15 a.m.** in Courtroom 4 before the Honorable Lawrence J. O'Neill |

   Plaintiff Donald Glass ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR").  This action is proceeding against Defendants Bailey, Beebe, Lawton, Diaz, Botello, Bryant, Case, Dang, Kraay, and Tracy.  The matter is set for jury trial on November 30, 2010.

   The Court HEREBY ORDERS the following:

   1.   This matter is set for telephonic trial confirmation hearing before the Honorable Lawrence J. O'Neill on **November 4, 2010 at 8:15 AM**, in Courtroom 4; and

   2.   Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-5680**.

IT IS SO ORDERED.

**Dated:   November 3, 2010**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

1