# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DONALD GLASS,

                    Plaintiff,

    v.

D. BAILEY, D. BEEBE, M. BOTELLO, D. CASE, J. DANG, J. DIAZ, E. LAWTON, and T. KRAAY,

                    Defendants.

_____/

CASE NO. 1:04-CV-05953-LJO-DLB PC

ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON DECEMBER 1, 2010, AT 8:30 A.M. IN COURTROOM 4

Plaintiff Donald Glass, CDC #D-54799, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:30 a.m. on Wednesday, December 1, 2010, in Courtroom 4, from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

**Dated:   November 30, 2010**          /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE