**FILED**

DEC 0 1 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | CASE NO. 1:04-CV-05953-LJO-DLB PC |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| D. BEEBE, M. BOTELLO, J. DIAZ, and E. LAWTON, | |
| Defendants. | |

Jury trial in this matter commenced on November 30, 2010. Jury trial in this matter was concluded on December 1, 2010.

Accordingly, Plaintiff Donald Glass, CDC # D-54799, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: Dec 1, 2010

LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1