1

2

3

4

5

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | CASE NO. 1:04-CV-05953-LJO-DLB PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR TRANSCRIPT ORDER FORM |
| v. | (DOC. 244) |
| A. K. SCRIBNER, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Donald Glass ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation.  Plaintiff is proceeding pro se, and in forma pauperis on appeal to the United States Court of Appeals for the Ninth Circuit.  Judgment was entered for Defendants and against Plaintiff on December 9, 2010, pursuant to jury trial and verdict.  Pending before the Court is Plaintiff's motion for the Court to send Plaintiff a transcript order form, filed November 14, 2011.  Doc. 244.

Plaintiff's motion is HEREBY GRANTED.  The Clerk of the Court is directed to send Plaintiff a transcript order form with service of this order.

IT IS SO ORDERED.

Dated:   **November 16, 2011**         **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE